United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13997-ref
Celestin Francois                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith              Page 1 of 1              Date Rcvd: Mar 04, 2019
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db          +Celestin Francois,    760 N 11th Street,    Allentown, PA 18102-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
      PAUL EDWARD TRAINOR    on behalf of Debtor Celestin  Francois trainorlawoffices@gmail.com
      SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | NO. 18-13997 |
| CELESTIN FRANCOIS, | : | |
| Debtor | : | CHAPTER 13 |

**ORDER**

AND NOW upon consideration of the foregoing Application for Compensation and Certification of No Response, IT IS HEREBY:

ORDERED AND DECREED that Paul Edward Trainor, Esquire, is allowed Two Thousand Nine Hundred Ninety-Five ($2,995.00) Dollars as the total legal fee for services performed in the prosecution of Debtor's Chapter 13 case, resulting in an unpaid balance of One Thousand Five Hundred ($1,500.00) Dollars of the legal fees.

**Date: March 4, 2019**

_____
J.