# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celestin Francois<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　Movant<br>　　vs.<br>Celestin Francois<br>　　　　　　　Debtor(s) | NO. 18-13997 ref |
| Scott Waterman<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to exercise its rights under its loan documents and state law relating to the U 2009 GMC YUKON ("Vehicle") bearing a VIN Number 1GKFK03209R283143.

**Date: May 31, 2019**

_____
United States Bankruptcy Judge.