# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Reading)

| | |
|---|---|
| In re | Case No. 18-13997-amc |
| Celestin Francois | Chapter 13 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES
### (CLAIM 4)

Creditor, Wells Fargo Bank, N.A., hereby withdraws its Notice of Postpetition Mortgage Fees, Expenses and Charges with respect to Claim No. 4, filed in the above-entitled matter on 10/26/2018.

Dated:    02/18/2020

Respectfully submitted,

/s/ Melissa Ann Anderson

VP Loan Documentation
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
P: 800-274-7025
E: 180DayInquiries@wellsfargo.com

1138772-f102f5cd-e287-4677-85da-371ce0122bac-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Reading)

Chapter 13 No. 18-13997
Judge: Judge Ashely M. Chan

In re:

Celestin Francois

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 18, 2020, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:     By U.S. Postal Service First Class Mail Postage Prepaid:

Celestin Francois
760 N 11th Street
Allentown, PA 18102

Debtor's Attorney:     By U.S. Postal Service First Class Mail Postage Prepaid:

PAUL EDWARD TRAINOR
Trainor Law Offices, PC
1275 Glenlivet Drive, Suite 100
Allentown, PA 18106-3107

Trustee:     By U.S. Postal Service First Class Mail Postage Prepaid:

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)