UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : NO. 18-13997
CELESTIN FRANCOIS, :
      Debtor : CHAPTER 13

### PRAECIPE FOR WITHDRAWAL/ENTRY OF APPEARANCE

TO THE CLERK OF SAID COURT:

Kindly withdraw my appearance on behalf of Debtor, Celestin Francois.

Papers may be served at the address set forth below:

Date: 5/26/2020

Paul Edward Trainor, Esquire
Attorney I.D. 35627
1275 Glenlivet Drive, Suite 100
Allentown, PA 18106
610-434-7004
484-224-2999 Fax
trainorlawoffices@gmail.com

Kindly enter my appearance on behalf of Debtor, Celestin Francois.

Papers may be served at the address set forth below:

Date: 5/26/2020

Michelle DeWald, Esquire
Attorney I.D. 64955
44 E Broad Street, Suite 25
Bethlehem, PA 18018
610-419-4561
610-419-4872 Fax
mdewald@rcn.com