| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-13997-PMM**

CELESTIN  FRANCOIS
760 N 11TH STREET
ALLENTOWN  PA    18102

Petition Filed Date: 06/15/2018
341 Hearing Date: 07/31/2018
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $250.80 | | 02/11/2019 | $250.80 | | 03/11/2019 | $250.80 | |
| 04/11/2019 | $250.80 | | 05/13/2019 | $250.80 | | 06/12/2019 | $250.80 | |
| 07/15/2019 | $250.80 | | 08/15/2019 | $250.80 | | 09/26/2019 | $250.00 | Automatic Payr |
| 10/28/2019 | $250.00 | | 11/26/2019 | $250.00 | | 12/27/2019 | $250.00 | |
| 01/28/2020 | $250.00 | | 02/26/2020 | $250.00 | | 03/26/2020 | $250.00 | |
| 04/27/2020 | $250.00 | | 05/27/2020 | $250.00 | | 06/26/2020 | $250.00 | |
| 07/27/2020 | $250.00 | | | | | | | |

**Total Receipts for the Period:  $4,756.40    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,744.70**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $386.66 | $0.00 | $386.66 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $740.13 | $0.00 | $740.13 |
| 3 | BANK OF AMERICA<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA<br>»»  004 | Mortgage Arrears | $8,974.97 | $3,514.93 | $5,460.04 |
| 6 | PAUL EDWARD TRAINOR ESQ<br>»»  006 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13997-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,744.70 | Current Monthly Payment: | $250.80 |
| Paid to Claims: | $5,014.93 | Arrearages: | $8.80 |
| Paid to Trustee: | $504.77 | Total Plan Base: | $14,531.50 |
| Funds on Hand: | $225.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.