## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Celestin Francois** | : | **Case No.: 18-13997** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## **WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as

counsel of record for creditor **Wells Fargo Bank, NA** ("Creditor").  **Karina Velter** is no longer

counsel for Creditor.


/s/ Karina Velter                                 
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover                          
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com


18-021557_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-13997** |
| **Celestin Francois** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, NA** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Celestin Francois** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite
100, Reading, PA 19606, ECFMail@ReadingCh13.com

Paul Edward Trainor, Attorney for Celestin Francois, 1275 Glenlivet Drive, Suite 100,
Allentown, PA 18106-3107, trainorlawoffices@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

Celestin Francois, 760 N 11th Street, Allentown, PA 18102

Celestin Francois, 760 N 11th St, Allentown, PA 18102

DATE: <u>March 8, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC

18-021557_PS

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

18-021557_PS