| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-13997-PMM**

CELESTIN FRANCOIS  
760 N 11TH STREET  
ALLENTOWN PA 18102

Petition Filed Date: 06/15/2018  
341 Hearing Date: 07/31/2018  
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $250.00 | | 02/26/2020 | $250.00 | | 03/26/2020 | $250.00 | |
| 04/27/2020 | $250.00 | | 05/27/2020 | $250.00 | | 06/26/2020 | $250.00 | |
| 07/27/2020 | $250.00 | | 08/26/2020 | $250.00 | | 09/28/2020 | $250.00 | |
| 10/26/2020 | $250.00 | | 11/30/2020 | $250.00 | | 12/29/2020 | $250.00 | |
| 01/26/2021 | $250.00 | | 03/01/2021 | $250.00 | | 03/26/2021 | $250.00 | |
| 04/26/2021 | $250.00 | | 05/26/2021 | $250.00 | | | | |

**Total Receipts for the Period: $4,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,244.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $386.66 | $0.00 | $386.66 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $740.13 | $0.00 | $740.13 |
| 3 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 004 | Mortgage Arrears | $8,974.97 | $5,817.43 | $3,157.54 |
| 6 | PAUL EDWARD TRAINOR ESQ<br>»» 006 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13997-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,244.70 | Current Monthly Payment: | $250.80 |
| Paid to Claims: | $7,317.43 | Arrearages: | $16.80 |
| Paid to Trustee: | $702.27 | Total Plan Base: | $14,531.50 |
| Funds on Hand: | $225.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.