**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-13997** |
| **Celestin Francois** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wilmington Savings Fund Society, FSB,** : | **Date and Time of Hearing** |
| **As Trustee of Stanwich Mortgage Loan** : | **March 8, 2022 at 10:00 a.m.** |
| **Trust I** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Celestin Francois** : | |
| : | |
| **Scott F. Waterman** | |
| **Respondents.** | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

Wilmington Savings Fund Society, FSB, As Trustee of Stanwich Mortgage Loan Trust I has filed a Praecipe to Relist Motion for Relief from Automatic Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 28, 2022, you or your attorney must do **ALL** of the following:

   A.  File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   201 Penn Street, Suite 103
   Reading, PA, 19601

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B.  Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

21-001335_SCS2

Scott F. Waterman
2901 St. Lawrence Ave. Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on March 8, 2022 at 10:00 a.m. in 201 Penn Street, 4th Floor, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: __2/11/2022_____

21-001335_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-13997** |
| **Celestin Francois** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **Wilmington Savings Fund Society, FSB,** : | **Date and Time of Hearing** |
| **As Trustee of Stanwich Mortgage Loan** : | **March 8, 2022 at 10:00 a.m.** |
| **Trust I** : | |
| **Movant,** : | |
| : | |
| **vs** : | |
| : | |
| **Celestin Francois** : | |
| : | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Praecipe to Relist Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Michelle DeWald, Attorney for Celestin Francois, DeWald Law Offices, P.O. Box 5101, Bethlehem, PA  18015-0001, mdewald@rcn.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February  11 , 2022:

Celestin Francois, 760 N 11th Street, Allentown, PA  18102

DATE: 2/11/2022

/s/ Alyk L. Oflazian

21-001335_SCS2

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

21-001335_SCS2