## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-13997** |
| **Celestin Francois** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Savings Fund Society, FSB,** | : | **Date and Time of Hearing** |
| **As Trustee of Stanwich Mortgage Loan** | : | **March 8, 2022 at 10:00 a.m.** |
| **Trust I** | : | |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **201 Penn Street, 4th Floor** |
| | : | **Reading, PA 19601** |
| **Celestin Francois** | : | |
| | : | **Related Document # 56** |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, to wit, this __22nd__ day of __March__, 2022, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)