| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-13997-PMM**

CELESTIN  FRANCOIS
760 N 11TH STREET
ALLENTOWN  PA    18102

Petition Filed Date: 06/15/2018
341 Hearing Date: 07/31/2018
Confirmation Date: 02/07/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $250.00 | | 05/26/2021 | $250.00 | | 06/28/2021 | $250.00 | |
| 07/26/2021 | $250.00 | | 08/26/2021 | $250.00 | | 09/28/2021 | $250.00 | |
| 10/26/2021 | $250.00 | | 11/29/2021 | $250.00 | | 12/28/2021 | $250.00 | |
| 01/26/2022 | $250.00 | | 03/01/2022 | $250.00 | | 03/28/2022 | $250.00 | |
| 04/26/2022 | $250.00 | | 05/26/2022 | $250.00 | | 06/29/2022 | $250.00 | |
| 07/26/2022 | $250.00 | | | | | | | |

**Total Receipts for the Period: $4,000.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,744.70**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  005 | Unsecured Creditors | $386.66 | $0.00 | $386.66 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $740.13 | $24.61 | $715.52 |
| 3 | BANK OF AMERICA<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  004 | Mortgage Arrears | $8,974.97 | $8,974.97 | $0.00 |
| 6 | PAUL EDWARD TRAINOR ESQ<br>»»  006 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13997-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,744.70 | Current Monthly Payment: | $250.80 |
| Paid to Claims: | $10,499.58 | Arrearages: | $28.00 |
| Paid to Trustee: | $1,002.27 | Total Plan Base: | $14,531.50 |
| Funds on Hand: | $242.85 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.