UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
CELESTIN FRANCOIS : Chapter 13
: Case No: 18-13997
*Debtor* :

# CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

__X__  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

_____  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below:*

My current address:_____

My current employer and my employer's address: _____

_____

*Part III. Certification Regarding 522(q) (check no more than one)*

__X__  I have not claimed an exemption pursuant to 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in section 522(p)(1), and (2) that exceeds $155,675 in value in the aggregate.

_____  I have claimed an exemption in property pursuant to 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in section 522(p)(1), and (2) that exceeds $155,675 in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: 01/23/2023                         s/_Celestin Francois__
                                          CELESTIN FRANCOIS, DEBTOR