United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13997-pmm
Celestin Francois  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celestin Francois, 760 N 11th Street, Allentown, PA 18102-1334 |
| aty | + | MICHELLE DEWALD, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |
| 14284469 | + | Bank of America, N.A., c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14123125 | | Medical Imaging of Lehigh Valley, 2 Meridian Blvd., 3rd Floor, Reading, PA 19610-3202 |
| 14123127 | + | Northern Leasing Systems, Inc., 525 Washington Blvd., 15th Floor, Jersey City, NJ 07310-2603 |
| 14123131 | + | Roadmaster Drivers School of PA, Inc., 4219 Fritch Drive, Bethlehem, PA 18020-9413 |
| 14169555 | | Wells Fargo Bank, NA, c/o Manley Deas Kochalski LLC, P O Box 165028, Columbus, OH 43216-5028 |
| 14123132 | | Wells Fargo Home Mor, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 24 2023 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 24 2023 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14123118 | | Email/Text: ebn@americollect.com | Jan 24 2023 23:54:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14123119 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2023 23:54:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14171246 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2023 23:54:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14125270 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 24 2023 23:54:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14123120 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 23:58:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14131377 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 23:58:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14714141 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2023 23:54:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806-5948 |
| 14123121 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 24 2023 23:55:00 | Credit Collection Services, Liberty Mutual, 725 Canton Street, Norwood, MA 02062-2679 |
| 14123123 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 24 2023 23:54:00 | DT Credit Company, LLC, Attn: Bankruptcy, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14123122 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 24 2023 23:54:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 14123124 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 24 2023 23:54:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14285934 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2023 23:54:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14123126 | | Email/Text: NCI_bankonotify@ncirm.com | Jan 24 2023 23:54:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 14123128 | + | Email/Text: ngisupport@radiusgs.com | Jan 24 2023 23:54:00 | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14123130 | | Email/Text: bankruptcies@penncredit.com | Jan 24 2023 23:54:00 | Penn Credit, 916 S 14th Steet, PO Box 988, Harrisburg, PA 17108-0988 |
| 14123129 | | Email/Text: bankruptcies@penncredit.com | Jan 24 2023 23:54:00 | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14186542 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2023 23:58:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14171726 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2023 23:58:07 | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14583858 | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE, 1600 South Douglas Road, Anaheim, CA 92 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  NA amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I amps@manleydeas.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Debtor Celestin Francois mdewald@rcn.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 28

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Celestin Francois

        Debtor(s)                              Case No: 18−13997−pmm

                                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                     Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/23